"Did the Appellate Court properly affirm the trial court's striking of counts two, three and four of the complaint?"

The Supreme Court docket number is SC 17424.

*William F. Gallagher* and *Hugh D. Hughes*, in support of the petition.

Decided May 4, 2005

WILLIAM W. BACKUS HOSPITAL *v.* SAFAA HAKIM

The defendant's petition for certification for appeal from the Appellate Court (AC 24827) is denied.

*Safaa Hakim*, pro se, in support of the petition.

*Dana M. Horton*, in opposition.

Decided May 4, 2005

STATE OF CONNECTICUT *v.* STANLEY FOOTE

The defendant's petition for certification for appeal from the Appellate Court, 85 Conn. App. 356 (AC 23712), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*William B. Westcott*, special public defender, in support of the petition.

Decided May 17, 2005

STATE OF CONNECTICUT *v.* STANLEY FOOTE

The cross petition by the state of Connecticut for certification for appeal from the Appellate Court, 85 Conn. App. 356 (AC 23712), is denied.